FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0246

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____

ROBERT EUGENE WILLIAMS,

Petitioner,

v.

SHERYL ZIEGLER, COMMANDER, MISSOULA COUNTY DETENTION FACILITY,

Respondent.

## ORDER GRANTING MOTION TO FILE UNDER SEAL

UPON MOTION filed by Petitioner with this Court, and good cause appearing therefrom:

IT IS HEREBY ORDERED that:

1.     The exhibits attached to Petitioner's *Motion for Writ of Habeas Corpus* shall be filed under seal, and

2.     The parties and their respective attorneys shall continue to have access to the filing.

**ORDER GRANTING MOTION TO FILE UNDER SEAL**
**PAGE 1 OF 1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2024